# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JANE DOE**<br><br>        Plaintiff<br><br>vs.<br><br>**CHRISTOPHER DAVID BAUM**<br><br>        Defendant. | **CASE NO:   5:19 CV 1241**<br><br><br>**NOTICE OF REMOVAL OF COUNSEL** |

Now comes Attorney Joseph A. Kacyon, Attorney Jack Hinneberg and the law firm of Hoover Kacyon, counsel for Defendant, Christopher Baum, and gives notice to this Honorable Court that Attorney Jordan Knabb is no longer employed by Hoover Kacyon, LLC and further requests that Attorney Jordan Knabb be removed as an attorney of record in the above captioned case.  All further correspondence and pleadings should only be sent to Attorney Joseph A. Kacyon, Attorney Jack Hinneberg and Hoover Kacyon, LLC at the address below.

Respectfully submitted,

*/s/ Joseph A. Kacyon*
Joseph A. Kacyon (#0084993)
Jack Hinneberg (#0093000)
*Attorneys for Defendant*
Hoover Kacyon, LLC
527 Portage Trail
Cuyahoga Falls, Ohio 44221
Phone: (330) 922-4491
Fax: (330) 922-4498
joe@hooverkacyon.com
jack@hooverkacyon.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via regular U.S. mail on this 11th day of October, 2019 to G. Ian Crawford, Counsel for Plaintiff, Crawford & Lowry, LLC, 116 Cleveland Avenue NW, Suite 800, Canton, Ohio 44702.

      *s/ Joseph A. Kacyon*
Joseph A. Kacyon (#0084993)
Jack Hinneberg (#0093000)
*Attorneys for Defendant*
Hoover Kacyon, LLC