# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS AND ORDER –CIVIL

JANE DOE,  CASE NO: 5:19-cv-1241

    Plaintiff,

    v.  MAGISTRATE JUDGE
       KATHLEEN B. BURKE

CHRISTOPHER DAVID BAUM,

    Defendant.

PROCEEDINGS: On November 7, 2019, the Court held a telephone conference with counsel for plaintiff, G. Ian Crawford, and counsel for defendant, Jack W. Hinneberg.

After discussion, the Court determined that the Case Management Conference (CMC) will take place telephonically with counsel on November 18, 2019, at 2:00 p.m. Plaintiff's counsel is to set up the call. After all participants are on the line, counsel for plaintiff is to call Chambers at 330-252-6170. Prior to the CMC, counsel will discuss with their clients and each other the best way to proceed in this case in light of the pending criminal matter.

A Case Management Conference scheduling order will issue separately.

Total Time: 20 minutes

November 7, 2019

*/s/ Kathleen B. Burke*
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE