IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JANE DOE,

      Plaintiff,

    v.

CHRISTOPHER DAVID BAUM,

      Defendant.

Civil Action No.: 5:19-cv-1241

Magistrate Judge
Kathleen B. Burke

**ORDER GRANTING JOINT
MOTION FOR STAY - WITH
EXCEPTION**

Upon joint Motion of the parties, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that this matter is hereby stayed pending the outcome of the criminal matter currently pending in the Canton Municipal Court against Defendant under Case Number 2019 CRB 03298 – EXCEPTING ONLY the video deposition of the specified witness whose circumstances require her trial testimony be timely preserved.

Upon the lifting of the stay, updated dates and deadlines will be set at another case management conference. The counsel for the parties shall keep the Court advised of any significant developments regarding the criminal prosecution. The Court will also expect status reports from the parties at regular intervals beginning __February 20___, 2020 and again every __ninety__ ( 90 ) days thereafter while this stay is in force.

IT IS SO ORDERED.

Dated: November 22, 2019

Kathleen B. Burke
U.S. Magistrate Judge